SAO
JOHN T. KEATING
Nevada Bar No.: 6373
PRINCE | KEATING
9130 West Russell Road, Suite 200
Las Vegas, Nevada 89148
Telephone: (702) 228-6800
Facsimile: (702) 228-0443
jkeating@princekeating.com
Attorney for Defendant
*Metropolitan Group Property and*
  *Casualty Insurance Company*

UNITED STATES DISTRICT COURT

DISRICT OF NEVADA

| | |
|---|---|
| JULIE HAGAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.:   2:14-cv-00768-MMD-GWF<br><br><u>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE</u> |

IT IS HEREBY STIPULATED by and between JULIE HAGAN and Defendant METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY, by and through their respective counsel, that Plaintiff JUNIE HAGAN's action against Defendant METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY and all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

PRINCE | KEATING
ATTORNEYS
9130 W. RUSSELL RD.
SUITE 200
LAS VEGAS, NEVADA 89148
PHONE: (702) 228-6800

1

There is no trial date set in this case.

DATED this 23 day of April, 2015.　　　　DATED this 13 day of April, 2015.

PRINCE | KEATING　　　　　　　　　　　　HAMMOND & HAMMOND, LLP

_____　　　_____
JOHN T. KEATING, ESQ.　　　　　　　　　BROOK M. HAMMOND, ESQ.
Nevada Bar No. 6373　　　　　　　　　　Nevada Bar No.: 7731
9130 W. Russell Road, Ste. 200　　　　　1060 Wigwam Pkwy.
Las Vegas NV 89148　　　　　　　　　　Henderson NV 89074
Attorney for Defendant　　　　　　　　Attorney for Plaintiff
*Metropolitan Group Property and Casualty*　*Julie Hagan*
*Insurance Company*

## ORDER

IT IS SO ORDERED that Plaintiff JULIE HAGAN's action against Defendant METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY and all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this 27th day of April, 2015.

_____
U.S. DISTRICT COURT JUDGE

Respectfully Submitted by:

PRINCE | KEATING

_____
JOHN T. KEATING, ESQ.
Nevada Bar No. 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant
*Metropolitan Group Property and Casualty Insurance Company*

PRINCE | KEATING
ATTORNEYS
9130 W. RUSSELL RD.
SUITE 200
LAS VEGAS, NEVADA 89148
PHONE: (702) 228-6800

2